1
2
3
4
5
6
7

**JS-6**

8          UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

10

11  SANDRA ADAMS,                    )    CASE NO: EDCV 09-00024 VAP
                                     )    (OPx)
12              Plaintiff,           )
                                     )
13       vs.                         )    ORDER   DISMISSING    ACTION
                                     )    WITHOUT PREJUDICE
14  BLUE CROSS OF CALIFORNIA,        )
                                     )
15              Defendant.           )    [Complaint Filed: January 7, 2009]
    ─────────────────────────────────)

16
17

18          Pursuant to the stipulation of the parties, the above-entitled action is hereby

19  dismissed without prejudice as to Defendant Anthem Blue Cross.  Each party shall bear

20  its own fees and costs.

21

22  DATED:      November 20, 2009      _____

23                                     HONORABLE VIRGINIA A. PHILLIPS
                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28

[Proposed] Order Dismissing Action without Prejudice